# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL THOMAS MCCREARY,
                    Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
RENEE BAKER; SUE ROSE; HAROLD
MIKE BYRN; WILLIAM A. GITTERE;
AND TASHEENA SANDOVAL,
                    Respondents.

No. 78662

**FILED**

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears from review of the notice of appeal and the district court docket entries that appellant is attempting to challenge the order of affirmance entered by the court of appeals on February 8, 2019, in Docket No. 73743. The notice of appeal was filed April 25, 2019, after the time allowed to file a petition for rehearing or review in Docket No. 73743; this court is therefore unable to construe the notice of appeal as falling within the scope of NRAP 40 or NRAP 40B. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
    Pickering

_____, J.
    Parraguirre

_____, J.
    Cadish

19- 22370

cc: Hon. Gary Fairman, District Judge
Paul Thomas McCreary
Attorney General/Carson City
Attorney General/Las Vegas
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A